5/23/24 2:03PM

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA

Case number (if known): _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | American Paving Services Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 84-2630827 |
| 4. | Debtor's address | **Principal place of business**<br><br>4400 W. 61st Avenue<br>Hobart, IN 46342<br>Number, Street, City, State & ZIP Code<br><br>Lake<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor __American Paving Services Inc.__     Case number (if known) _____

Name

5/23/24 2:05PM

7. Describe debtor's business    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __23__

8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor  American Paving Services Inc.                                   Case number (if known) _____
      Name

5/23/24 2:03PM

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ■ No
    ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

11. Why is the case filed in this district?

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
    Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

13. Debtor's estimation of available funds

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of creditors

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

15. Estimated Assets

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

16. Estimated liabilities

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor  American Paving Services Inc.                                    Case number (if known)
        Name

5/23/24 2:03PM

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | | | |
|---|---|---|---|
| Debtor | American Paving Services Inc. | Case number (if known) | |
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/24/2024
MM / DD / YYYY

X /s/ Andrew Spiewak
Signature of authorized representative of debtor

Andrew Spiewak
Printed name

Title  Vice President

**18. Signature of attorney**

X /s/ Shawn D. Cox
Signature of attorney for debtor

Date 05/24/24
MM / DD / YYYY

Shawn D. Cox, Esq. 20074-45
Printed name

Hodges & Davis
Firm name

8700 Broadway
Merrillville, IN 46410-7036
Number, Street, City, State & ZIP Code

Contact phone  219-641-8700     Email address  scox@hodgesdavis.com

20074-45 IN
Bar number and State

**Fill in this information to identify the case:**

Debtor name: American Paving Services Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF INDIANA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation, a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/24/24    x /s/ Andrew Spiewak
Signature of individual signing on behalf of debtor

Andrew Spiewak
Printed name

Vice President
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: American Paving Services Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF INDIANA

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Altorfer CAT<br>301 S. Mitchell Ct.<br>Addison, IL 60101 | | Business debt | | | | $13,000.00 |
| BARR Credit Services<br>4555 S. Palo Verde Rd., Ste. 125<br>Tucson, AZ 85714 | | Business debt | | | | $20,000.00 |
| Bellman Oil Company<br>550 East 2nd Street<br>P.O. Box 26<br>Bremen, IN 46506 | | Business debt | | | | $692.65 |
| Brown & Joseph, LLC<br>One Pierce Place<br>Suite 700 W<br>Itasca, IL 60143 | | Business debt | | | | $13,141.43 |
| Central Sweeping of Illinois, LLC<br>16247 Brennan Hwy.<br>Tinley Park, IL 60478 | | Business debt | | | | $12,125.25 |
| Commercial Credit Group, Inc.<br>2135 City Gate Lane<br>Suite 440<br>Naperville, IL 60563 | | 90 days or less: Account Receivable | | $75,000.00 | Unknown | Unknown |
| Commercial Credit Group, Inc.<br>2135 City Gate Lane<br>Suite 440<br>Naperville, IL 60563 | | 90 days or less: Account Receivable | | $25,000.00 | Unknown | Unknown |
| Corporation Service Company,<br>as Representative<br>P.O. Box 2576<br>Springfield, IL 62708 | | 90 days or less: Account Receivable | | Unknown | Unknown | Unknown |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor    American Paving Services Inc.    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fringe Benefits Funds<br>Local 150 Operators Union<br>6150 Joliet Road<br>Countryside, IL 60525 | | Potential Union Contributions | | | | $155,000.00 |
| Indiana Department of Revenue<br>Bankruptcy Section - MS 108<br>100 North Senate Avenue, N240<br>Indianapolis, IN 46204 | | Taxes | | | | $43,855.99 |
| Indiana Dept. of Workforce Development<br>PO Box 7054<br>Indianapolis, IN 46207-7054 | | Taxes | | | | $15,000.00 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes | | | | $126,684.17 |
| Ivywood LLC<br>7606 South Young Road<br>La Porte, IN 46350 | | unknown - collateral not listed on UCC Financing Statement | | Unknown | Unknown | Unknown |
| Laborers Fund Construction Workers Pension<br>c/o Asher, Gittler & D'Alba, Ltd.<br>200 W. Jackson Blvd., Ste. 720<br>Chicago, IL 60606 | | Potential Union Contributions | | | | $80,000.00 |
| Levy Diamond Bello and Associates (Lamar)<br>PO Box 352<br>Milford, CT 06460 | | Business debt | | | | $0.00 |
| MTM Capital LLC<br>2000 Kentville Road<br>Kewanee, IL 61443 | | Business debt | | | | $12,766.74 |

Debtor  American Paving Services Inc.  Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Professional Account Management, LLC PO Box 500 Horseheads, NY 14845-0500 | | Unpaid Toll Violations | | | | $2,811.70 |
| Sage Capital Recovery 401 Minnetonka Rd. Hi-Nella, NJ 08083 | | Business debt | | | | $0.00 |
| Trustees of the Union No. 142 Pension Fund c/o Ledbetter Partners LLC 5078 Wooster Rd., Ste. 400 Cincinnati, OH 45226 | | Potential Union Contributions | | | | $250,000.00 |
| Weakly, Inc. 3370 Singer Ave. Springfield, IL 62703 | | Business debt | | | | $45,000.00 |

5/23/24 1:10PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Indiana

In re   American Paving Services Inc.
                    Debtor(s)

Case No. _____
Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept hourly compensation | $ | N/A |
   | Prior to the filing of this statement I have received | $ | 20,000.00 |
   | Balance Due | $ | TBD |

2. $ 1,738.00  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      All post-petition compensation and scope of employment to be paid in accordance with Engagement Agreement, Order Approving Application to Employ Attorney, Interim Fee Statements, and Orders on Fee Applications to be filed in this matter.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date  05/24/24

_[signature]_
Shawn D. Cox, Esq. 20074-45
Signature of Attorney
Hodges & Davis
8700 Broadway
Merrillville, IN 46410-7036
219-641-8700   Fax: 219-641-8710
scox@hodgesdavis.com
Name of law firm

5/23/24 1:04PM

# United States Bankruptcy Court
## Northern District of Indiana

In re: __American Paving Services Inc.__
Debtor(s)

Case No. _____
Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Codie Pennavaria<br>6080 Eagle Avenue<br>Portage, IN 46368 | Shareholder | 100% | Shares |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __5/24/2024__    Signature __Andrew Spiewak__

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

(6/2010)

5/23/24 11:50AM

# United States Bankruptcy Court
## Northern District of Indiana

In re: American Paving Services Inc.
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: 5-24-2024

_____
Andrew Spiewak/Vice President
Signer/Title

```
142 UNION
C/O TEAMCARE/CENTRAL STATES FUNDS
8647 W. HIGGINS ROAD
CHICAGO, IL 60631


ALTORFER CAT
301 S. MITCHELL CT.
ADDISON, IL 60101


ANDREW SPIEWAK
6080 EAGLE AVENUE
PORTAGE, IN 46368


BARASH & EVERETT, LLC
211 WEST SECOND ST.
KEWANEE, IL 61443


BARR CREDIT SERVICES
4555 S. PALO VERDE RD., STE. 125
TUCSON, AZ 85714


BELLMAN OIL COMPANY
550 EAST 2ND STREET
P.O. BOX 26
BREMEN, IN 46506


BROWN & JOSEPH, LLC
ONE PIERCE PLACE
SUITE 700 W
ITASCA, IL 60143


CENTRAL SWEEPING OF IL
PO BOX 735976
CHICAGO, IL 60673-5976


CENTRAL SWEEPING OF ILLINOIS, LLC
16247 BRENNAN HWY.
TINLEY PARK, IL 60478
```

```
CODIE PENNAVARIA
6080 EAGLE AVENUE
PORTAGE, IN 46368


COMMERCIAL CREDIT GROUP, INC.
2135 CITY GATE LANE
SUITE 440
NAPERVILLE, IL 60563


CONSTRUCTION WORKERS PENSION AND
HEALTH REIMBURSMENT ACCOUNT TRUST FUNDS
200 W. 84TH DRIVE, SUITE E
MERRILLVILLE, IN 46410


CORPORATION SERVICE COMPANY,
AS REPRESENTATIVE
P.O. BOX 2576
SPRINGFIELD, IL 62708


FRINGE BENEFITS FUNDS
LOCAL 150 OPERATORS UNION
6150 JOLIET ROAD
COUNTRYSIDE, IL 60525


INDIANA ATTORNEY GENERAL'S OFFICE
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST., 5TH FLOOR
INDIANAPOLIS, IN 46204


INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION - MS 108
100 NORTH SENATE AVENUE, N240
INDIANAPOLIS, IN 46204


INDIANA DEPT. OF WORKFORCE DEVELOPMENT
PO BOX 7054
INDIANAPOLIS, IN 46207-7054


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346
```

```
IVYWOOD LLC
7606 SOUTH YOUNG ROAD
LA PORTE, IN 46350


LABORERS FUND
CONSTRUCTION WORKERS PENSION
C/O ASHER, GITTLER & D'ALBA, LTD.
200 W. JACKSON BLVD., STE. 720
CHICAGO, IL 60606


LEVY DIAMOND BELLO AND ASSOCIATES
(LAMAR)
PO BOX 352
MILFORD, CT 06460


MIDWEST OPERATING ENGINEERS LOCAL 150
6150 JOLIET ROAD
COUNTRYSIDE, IL 60525-3994


MTM CAPITAL LLC
2000 KENTVILLE ROAD
KEWANEE, IL 61443


OFFICE OF THE UNITED STATES ATTORNEY
5400 FEDERAL PLAZA, SUITE 1500
HAMMOND, IN 46320


PROFESSIONAL ACCOUNT MANAGEMENT, LLC
PO BOX 500
HORSEHEADS, NY 14845-0500


SAGE CAPITAL RECOVERY
401 MINNETONKA RD.
HI-NELLA, NJ 08083


TEAMSTERS UNION LOCAL NO. 142
PENSION, WELFARE, ANNUITY & TRAINING
TRUST FUNDS
1300 CLARK ROAD
GARY, IN 46404
```

```
TRUSTEES OF THE UNION NO. 142
PENSION FUND
C/O LEDBETTER PARTNERS LLC
5078 WOOSTER RD., STE. 400
CINCINNATI, OH 45226


WEAKLY, INC.
3370 SINGER AVE.
SPRINGFIELD, IL 62703


WORLD GLOBAL FUND
5309 13TH AVE.
BROOKLYN, NY 11219


WORLD GLOBAL FUND LLC
C/O LAW OFFICES OF EDWARD W. MILLER
821 FRANKLIN AVE.
GARDEN CITY, NY 11530
```

# United States Bankruptcy Court
## Northern District of Indiana

In re __American Paving Services Inc.__
Debtor(s)

Case No. _____
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __American Paving Services Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__05/24/24__
Date

_____
Shawn D. Cox, Esq. 20074-45
Signature of Attorney or Litigant
Counsel for __American Paving Services Inc.__
Hodges & Davis
8700 Broadway
Merrillville, IN 46410-7036
219-641-8700 Fax:219-641-8710
scox@hodgesdavis.com

**United States Bankruptcy Court**
Northern District of Indiana

In re  American Paving Services Inc.
                    Debtor(s)

Case No. _____
Chapter  11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Andrew Spiewak, declare under penalty of perjury that I am the Vice President of American Paving Services Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Andrew Spiewak, Vice President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Andrew Spiewak, Vice President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Andrew Spiewak, Vice President of this Corporation is authorized and directed to employ Shawn D. Cox, Esq. 20074-45, attorney and the law firm of Hodges & Davis to represent the corporation in such bankruptcy case."

Date  5-24-2024

Signed  _/s/ Andrew Spiewak_
        Andrew Spiewak

## UNANIMOUS RESOLUTION OF THE BOARD OF DIRECTORS
## OF
## AMERICAN PAVING SERVICES, INC.
### An Indiana corporation (the "Company")

WHEREAS, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

BE IT RESOLVED, that Andrew Spiewak, Vice President of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

BE IT FURTHER RESOLVED, that Andrew Spiewak, Vice President, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that Codie Pennavaria, President, is authorized and directed to employ Shawn D. Cox as its attorney and the law firm of Hodges and Davis, P.C. to represent the Company in such bankruptcy case.

SO APPROVED by unanimous consent of all members of the Board of Directors of the Company.

Date: 5/24/24                       Signed: _____
                                            Codie Pennavaria, Director

713814.1
21,088

UNANIMOUS RESOLUTION OF THE SHAREHOLDERS
OF
AMERICAN PAVING SERVICES, INC.
An Indiana corporation (the "Company")

WHEREAS, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

BE IT RESOLVED, that Andrew Spiewak, Vice President of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

BE IT FURTHER RESOLVED, that Andrew Spiewak, Vice President, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that Codie Pennavaria, President, is authorized and directed to employ Shawn D. Cox as its attorney and the law firm of Hodges and Davis, P.C. to represent the Company in such bankruptcy case.

SO APPROVED by unanimous consent of all shareholders of the Company.

Date: 5/24/24                               Signed: _Codie Pennavaria_
                                                    Codie Pennavaria, Shareholder

713813.1
21,088